# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Petitioner,<br><br>v.<br><br>LASERAWAY MEDICAL GROUP, INC.,<br><br>Respondent. | Case No. 22-MC-00246 SPG (RAOx)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed United States Equal Employment Opportunity Commission's ("EEOC") Application for Order to Show Cause Why its Subpoena Should Not be Enforced, Respondent Laseraway Medical Group's ("Respondent") Answer in opposition, the EEOC's Response to Respondent's Answer, all of the records and files herein, and the Magistrate Judge's Report and Recommendation (the "Report"). The time for filing objections to the Report has passed, and no objections have been received. The Court hereby accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that the EEOC's Application is GRANTED IN PART and Respondent shall comply with request numbers 8, 20, and 21 of the subpoena within 21 days of the date of entry of this order, with a modification to request number 8 to

add the time limitation "from September 1, 2020, to the present." The EEOC's request for costs is DENIED.

DATED: July 25, 2023

SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE