# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Petitioner,<br><br>v.<br><br>LASERAWAY MEDICAL GROUP, INC.,<br><br>Respondent. | Case No. 22-MC-00246 SPG (RAOx)<br><br>JUDGMENT |

In accordance with the Order Accepting Report and Recommendation of United States Magistrate Judge issued concurrently herewith,

IT IS ORDERED AND ADJUDGED that the United States Equal Employment Opportunity Commission's Application for Order to Show Cause Why its Subpoena Should Not be Enforced is GRANTED IN PART.

DATED: July 26, 2023

SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE